DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WISNIA ETIENNE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D19-333

[May 30, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 05-020906CF10B.

Wisnia Etienne, Okeechobee, pro se.

No appearance required of appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***